AUSA: Michael El-Zein     Telephone: (313) 550-2922
Special Agent: Collin Ward     Telephone: (314) 574-8928

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

I hereby certify that the foregoing is a true copy of the original on file in this office.
**Clerk, U.S. District Court**
**Eastern District of Michigan**
By: s/Marlena Williams
    Deputy

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All Funds on Deposit in JP Morgan Chase Bank Account Number 3026585640 as further described on Attachment A

Case: 2:20-mc-51137
Assigned To : Parker, Linda V.
Assign. Date : 9/25/2020
In Re: SEALED MATTER (MAW)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the **Eastern** District of **Michigan** be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All Funds on Deposit in JP Morgan Chase Bank Account Number 3026585640 as further described on Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before **October 9, 2020**
    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to the presiding United States Magistrate Judge on duty .
    *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: September 25, 2020   12:05 pm    *Elizabeth A. Stafford*
                                                                                                   *Judge's signature*

City and state: Detroit, MI          Elizabeth A. Stafford    U. S. Magistrate Judge
                                                                                              *Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:20-mc-51137 | Date and time warrant executed: 09/29/2020 10:40AM | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken: The following funds were seized from the account: $69,110.00 from JPMC Bank Acct# 3026585640 | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/26/2020

_Executing officer's signature_

Colin C. Ward / FBI Special Agent
_Printed name and title_

## ATTACHMENT A

All Funds on Deposit in JP Morgan Chase Bank Account Number 3026585640 up to and including $69,110.00 with permission to serve the warrant electronically followed by original service.

**The financial institution upon which this seizure warrant has been served is instructed to provide federal agents authorized to seize the funds with the current balance in each account upon service of the seizure warrant and at the request of the FBI agents authorized to seize the funds.**